IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02601-AP**

IN RE:

**SPARTA SURGICAL CORPORATION,**

        Debtor/Appellant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Unopposed Motion to Remove Internal Revenue Service as Appellee (doc. #11), filed February 23, 2007, is GRANTED.

---

Dated:  February 28, 2007